Dismissed and Opinion filed July 18, 2002














Dismissed and Opinion filed July 18, 2002.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00659-CR

____________

 

GENEVA GAYLE BAILEY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

_______________________________________________________

 

On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause No. 850,720

_______________________________________________________

 

M E M O R A
N D U M  O P I N
I O N

            Appellant pled guilty to the offense
of aggravated robbery and the trial court entered an order on September 21, 2000, deferring
adjudication of guilt and placing appellant on  community supervision for ten
years.  A fine of $750 was also
imposed.  The State filed a motion to
adjudicate guilt.  After a hearing, the
trial court found appellant guilty and assessed punishment on May 15, 2002, at confinement for five
years in the Texas Department of Criminal Justice, Institutional Division and
imposed a fine of $750.  Appellant’s
notice of appeal was not filed until June 21, 2002. 








            A defendant’s notice of appeal must
be filed within thirty days after sentence is imposed when the defendant has
not filed a motion for new trial.  See Tex.
R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  See Slaton v. State, 981 S.W.2d 208, 210
(Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court
of appeals does not obtain jurisdiction to address the merits of the
appeal.  Under those circumstances it can
take no action other than to dismiss the appeal.  See id.

            Accordingly, the appeal is ordered
dismissed.

 

                                                                        PER
CURIAM

Judgment rendered and
Opinion filed July 18, 2002.

Panel consists of Justices
Yates, Seymore, and Guzman.

Do Not Publish - Tex. R. App. P. 47.3(b).